IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:04-CV-3-W

| | |
|---|---|
| GRANT HALL and RUTH ANN HALL, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FINOVA CAPITAL CORPORATION, et al., <br><br> Defendants. | ORDER |

On motion of FINOVA Capital Corporation (Doc. No. 19), it is hereby ORDERED that this case is dismissed *with prejudice*, with each party to bear its own costs.

IT IS SO ORDERED.

Signed: March 7, 2007

Frank D. Whitney
United States District Judge